UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Broadcast Music, Inc., et al.,

                    Plaintiff(s),

v.                                     Case No. 2:22-cv-11140-SJM-JJCG
                                                Hon. Stephen J. Murphy

Five G's, Inc. d/b/a O'Malley's,
et al.,

                    Defendant(s),

## ORDER TO SHOW CAUSE

    IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 7/15/2022, why the above-entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.

                                                s/Stephen J. Murphy, III
                                                Stephen J. Murphy, III
                                                U.S. District Judge

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/D Parker
                                                      Case Manager

Dated:   July 5, 2022